UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

    v.

LORANCE NELSON

Crim No. 3:16-367-01 (FLW)

**CONSENT ORDER MODIFYING**
**CONDITIONS OF RELEASE**

    THIS MATTER, having been opened to the Court by Joshua P. Cohn, Esq., as counsel for defendant, on notice to and with the consent of the United States Attorney's Office for the District of New Jersey (by Assistant United States Attorney J. Jamari Buxton) and on notice to the United States Pretrial Services Office for the District of New Jersey (by Pretrial Services Officer Kelly Fernandes); and the Court having set the terms and conditions of bail in this matter by Order Setting Conditions of Release of January 14, 2015; and as modified by Order of February 10, 2016; and good cause appearing for the entry of this bail modification order;

    IT IS on this 16th day of August, 2016

    HEREBY ORDERED as follows:

    1.    The terms of defendant's home confinement conditions are hereby modified such that the defendant's Home Detention is hereby modified such that defendant shall have a curfew with continued location monitoring and the curfew hours shall be set

by Pretrial Services.

2. All other terms and conditions of defendant's bail as set forth in the January 14, 2015 Order Setting Conditions of Release, and as modified by the Consent Order of February 10, 2016, shall remain in full force and effect.

_____
Hon. Freda L. Wolfson, U.S.D.J

The undersigned hereby
consents to the form and
entry of the within Order

_____
J. Jamari Buxton, Esq.
Assistant United States Attorney
Office of the United States Attorney
for the District of New Jersey